(94 South. 447)

No. 24794.

GODCHAUX CO., Inc., v. ESTOPINAL, Sheriff and Tax Collector, et al.

(Oct. 30, 1922.)

Appeal from Twenty-Ninth Judicial District Court, Parish of St. Bernard; L. H. Perez, Judge.

Action by the Godchaux Company, Inc., against Albert Estopinal, Jr., sheriff and ex officio tax collector, and others. Judgment for defendants, and plaintiff appeals. Affirmed.

Milling, Godchaux, Saal & Milling, of New Orleans, for appellant.

William Winans Wall, of New Orleans, for appellees.

By the WHOLE COURT.

DAWKINS, J. The issues of this case are the same as those in the case of the same plaintiff against the same defendant reported in 151 La. 862, 92 South. 364, and the other cases therein referred to, with the exception that it seeks to enjoin the collection of the tax for a later year, and as to which a plea of res judicata, based upon a judgment adverse to plaintiff in the first case, was sustained.

The lower court sustained that plea, which was also urged in this case, and, for the reasons heretofore given in the other cases, the judgment appealed from is affirmed with costs.